POLACSEK v. AMERICAN IRON & STEEL MFG. CO.    (No. 6164.)

(Supreme Court, Appellate Division, First Department.    October 16, 1914.)

CORPORATIONS (§ 507*)—ACTIONS—PROCESS—VALIDITY OF SERVICE.

Where the person served with the summons was in no sense the managing agent of the defendant company, the attempted service was imperfect.

[Ed. Note.—For other cases, see Corporations, Cent. Dig. §§ 1971–1974, 1976–2000; Dec. Dig. § 507.*]

Ingraham, P. J., dissenting.

Appeal from Special Term, New York County.

Action by John Polacsek against the American Iron & Steel Manufacturing Company. From an order denying a motion to vacate service of summons, defendant appeals. Order reversed, and motion granted.

Argued before INGRAHAM, P. J., and McLAUGHLIN, LAUGHLIN, CLARKE, and SCOTT, JJ.

Henry B. Corey, of New York City, for appellant.
L. B. Treadwell, of New York City, for respondent.

PER CURIAM.   It is quite apparent that the person served with the summons was in no sense the managing agent of the defendant, and the attempted service was therefore imperfect.

The order appealed from is therefore reversed, with $10 costs and disbursements, and the motion granted, with $10 costs.

INGRAHAM, P. J., dissents.